**JAVRBAUM WURGAFT HICKS**
**KAHN WIKSTROM & SININS, P.C.**
**1000 Haddonfield-Berlin Road, Suite 203**
**Voorhees, NJ 08043**
**Phone: 856-596-4100**
**Fax: 856-702-6640**
**Michael A. Galpern, Esquire**
**Attorney ID No.: 54578**
**Attorney(s) for Plaintiff**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA CARAVITO<br>4 Sparrowhawk Street<br>Washington NJ 07882<br><br>    *Plaintiff,*<br>v.<br><br>BRETT HANSLER<br>280 Nolf Road<br>Northampton PA 18067<br>    and<br>KELLY HANSLER<br>280 Nolf Road<br>Northampton PA 18067<br>    and<br>KIEL COULTER<br>475 Dianne Road<br>Bath, PA 18014<br>    and<br>JOHN AND JANE DOES 1 through X<br>(fictitious names, the true names being<br>unknown)<br>    and<br>XYZ CORPORATIONS A through Z<br>(fictitious names, the true names being<br>unknown)<br><br>    *Defendants.* | CIVIL ACTION NO.<br><br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff, Lisa Caravito by and through her attorneys, Javerbaum Wurgaft Hicks Kahn

Wikstrom & Sinins, P.C., by way of Complaint against defendants, Brett and Kelly Hansler,

JOHN AND JANE DOES I through X (fictitious names, the true names being unknown), XYZ CORPORATIONS A through Z (fictitious names, the true names being unknown) says:

## PARTIES

1.  Plaintiff, Lisa Caravito resides at 4 Sparrowhawk Street in the Township of Washington, County of Warren in the State of New Jersey.

2.  Defendants, Brett Hansler and Kelly Hansler, reside at 280 Nolf Road, Nazareth, County of Northampton, Pennsylvania 18014.

3.  Defendant Kiel Coulter resides at 475 Dianne Road, Bath, County of Northampton, Pennsylvania 18014.

4.  Upon information and belief, defendants JOHN and JANE DOES I through X (fictitious names, the true names being unknown), XYZ CORPORATIONS A through Z (fictitious names, the true names being unknown) and the servants, agents and/or employees of defendant JOHN and JANE DOES I through X (fictitious names, the true names being unknown), XYZ CORPORATIONS A through Z (fictitious names, the true names being unknown) represent as yet unidentified defendants.

## JURISDICTION

5.  Jurisdiction herein is founded on diversity of citizenship between the parties and an amount in controversy in excess of $75,000, exclusive of interest and costs, in accordance with 28 U.S.C. §1332 et seq.  Plaintiff resides and is a citizen of New Jersey and is diverse from the State of defendants' residence and citizenship, Pennsylvania.

## FIRST COUNT

6. Plaintiff repeats each and every allegation of the prior paragraphs and/or counts as if set forth herein at length and make them a part hereof.

7.      On or about July 27, 2024, plaintiff, Lisa Caravito was an express invitee upon the property owned by defendants, Brett Hansler and Kelly Hansler as a result of being invited to the home of Brett Hansler and Kelly Hansler for a post 4th of July party.

8.      At the aforesaid time and place, plaintiff, Lisa Caravito, was attending a gathering hosted by Brett Hansler and Kelly Hansler at their home at 280 Nolf Road, Township of Nazareth, County of Northampton, Pennsylvania during which Mr. Hansler operated a display of fireworks.

9.      At all times mentioned herein, defendants, Brett Hansler, and Kelly Hansler, were under a duty to properly maintain the aforesaid premises for use to set up, and operate a fireworks display in an area where said fireworks could be safely viewed by their guests and  invitees, and to detonate same in a manner to prevent injuries to the guests and invitees, more specifically Lisa Caravito.

10.      Notwithstanding, defendant Brett and Kelly Hansler's duty and in direct violation thereof, said defendants, and/or through their agents, servants and employees, negligently, carelessly and recklessly lit and detonated a fireworks display causing the premises to become unsafe, dangerous and hazardous, and further failed to provide proper, safe and clear distance from the detonation of the fireworks for persons invited to use the property to sit and gather; and further failed to warn the plaintiff as to the existence of the said dangerous condition.

11.      As a direct and proximate result of the negligence and/or carelessness and/or recklessness of defendants, Brett and Kelly Hansler, plaintiff, Lisa Caravito was severely and permanently injured; suffered and will in the future suffer great pain and suffering and mental anguish; was and in the future will continue to be forced to expend large sums of money to

3

obtain medical treatment for her injuries, and was denied and will in the future continue to be denied enjoyment of her usual activities.

**WHEREFORE**, Plaintiff, Lisa Caravito demands judgment against defendants, Brett Hansler and Kelly Hansler, jointly, severally or in the alternative, for damages, together with interest and costs of suit.

## SECOND COUNT

### (Lisa Caravito v. Kiel Coulter)

12.     Plaintiff repeats each and every allegation of the prior paragraphs and/or counts as if set forth herein at length and make them a part hereof.

13.     On or about July 27, 2024, plaintiff, Lisa Caravito was an express invitee upon the property owned by defendants, Brett Hansler and Kelly Hansler as a result of being invited to the home of Brett Hansler and Kelly Hansler for a post 4th of July party.

14.     On or about July 27, 2024, Defendant Kiel Coulter negligently, carelessly and recklessly lit and detonated a fireworks display causing the premises to become unsafe, dangerous and hazardous, and further failed to provide proper, safe and clear distance from the detonation of the fireworks for persons invited to use the property to sit and gather; and further failed to warn the plaintiff as to the existence of the said dangerous condition.

15.     As a direct and proximate result of the negligence and/or carelessness and/or recklessness of defendant, Kiel Coulter, plaintiff, Lisa Caravito was severely and permanently injured; suffered and will in the future suffer great pain and suffering and mental anguish; was and in the future will continue to be forced to expend large sums of money to obtain medical treatment for her injuries, and was denied and will in the future continue to be denied enjoyment of her usual activities.

**WHEREFORE**, Plaintiff, Lisa Caravito demands judgment against defendants, Brett Hansler and Kelly Hansler, jointly, severally or in the alternative, for damages, together with interest and costs of suit.

## SECOND COUNT

### (Negligence vs. Fictitious Individuals)

16. Plaintiff repeats each and every allegation of the prior counts and paragraphs as if set forth herein at length and make them a part hereof.

17. Defendants, XYZ Corporations A through Z, at all times mentioned herein were manufacturers and/or sellers of fireworks, and/or assisted defendant, Brett Hansler in their detonation and were under a duty to use reasonable care to prevent injuries to persons lawfully upon the property such as plaintiff, Lisa Caravito.

18. Notwithstanding XYZ Corporations A through Z's duty to the public and in direct violation thereof the said defendants, by negligent manufacture, selling and failing to warn and/or properly assist and to maintain the premises in a safe condition, negligently and/or carelessly and/or recklessly set off and detonated fireworks in a manner reasonably probable to cause injury to the plaintiff, Lisa Caravito, more particularly her eyes and face.

19. The aforesaid "fictitious defendants" were negligent and careless and deviated from accepted standards in the care, treatment and services they rendered to plaintiff, causing her injury, pain and suffering. The correct identity of these defendants is not known despite reasonable due diligence, but their state of citizenship, upon information and belief is not New Jesey, thus preserving diversity of citizenship.

20. As a direct and proximate result of the negligence and/or carelessness and/or recklessness of these fictitious defendants and of defendants, Brett Hansler and Kelly Hansler,

plaintiff, Lisa Caravito was greatly, severely and permanently injured; suffered and will in the future suffer great pain and suffering and mental anguish; was and in the future will continue to be forced to expend large sums of money to obtain medical treatment for her injuries; lost wages; and was denied and will in the future continue to be denied enjoyment of her usual activities.

**WHEREFORE**, plaintiff Lisa Caravito demands judgment against defendants, Brett Hansler and Kelly Hansler, John and Jane Does 1 through X and XYZ Corporations A through Z, for compensatory and consequential damages, together with interest, attorneys' fees, costs of suit and such other further relief as the Court deems equitable and just.

**JAVERBAUM WURGAFT HICKS KAHN
WIKSTROM & SININS, P.C.**

*/s/ Michael A. Galpern*

By: _____

**MICHAEL A. GALPERN, ESQUIRE**

Dated: July 1, 2026

## JURY DEMAND

Plaintiff, Lisa Caravito demands a trial by jury as to all issues.

**JAVERBAUM WURGAFT HICKS KAHN
WIKSTROM & SININS, P.C.**

*/s/ Michael A. Galpern*

By: _____

**MICHAEL A. GALPERN, ESQUIRE**

Dated: July 1, 2026

## LOCAL RULE 1.12 CERTIFICATION

The undersigned certifies and declares that the matter in controversy is not the subject of any other action pending in any other court, or of any pending arbitration or administrative proceeding.

**JAVERBAUM WURGAFT HICKS KAHN
WIKSTROM & SININS, P.C.**

*/s/ Michael A. Galpern*

By: _____

**MICHAEL A. GALPERN, ESQUIRE**

Dated: July 1, 2026

## CERTIFICATION OF COUNSEL

I, Michael A. Galpern, Esquire, hereby certify that the following statements made by me are true to the best of my knowledge:

a.    This action as pled is not presently subject to any other action or arbitration proceeding.

b.    No other action or arbitration proceeding is contemplated at this time by counsel.

c.    I am unaware of any other parties who should be joined in this action.

I  hereby certify that the foregoing statements made by me are true, I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**JAVERBAUM WURGAFT HICKS KAHN
WIKSTROM & SININS, P.C.**

*/s/ Michael A. Galpern*

By: _____

**MICHAEL A. GALPERN, ESQUIRE**

Dated: July 1, 2026